**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-2520

LYDIA PERALTA,

Plaintiff - Appellant,

versus

LEVINDALE HEBREW GERIATRIC CENTER AND HOSPITAL,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  John R. Hargrove, Senior District Judge. (CA-94-3298-HAR)

Submitted:  January 18, 1996          Decided:  January 31, 1996

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lydia Peralta, Appellant Pro Se.  Edward Joseph Gutman, Vincent Michael Wills, BLUM, YUMKAS, MAILMAN, GUTMAN & DENICK, P.A., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary judgment in the Appellee's favor on her claims of national origin discrimination and retaliatory discharge in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1981 & Supp. 1995). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Peralta v. Levindale Hebrew Geriatric Center and Hospital, No. CA-94-3298-HAR (D. Md. Aug. 1, 1995). We deny Appellant's motion for sanctions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2